IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRICIA C. DEFOUR, et al., *on behalf of themselves
and all similarly situated consumers*,
    Plaintiffs,

v.                                          Civil Action No. 3:22cv126

FCI LENDER SERVICES, INC.,
    Defendant.

## ORDER

    This matter comes before the Court on the plaintiffs' stipulation of dismissal with prejudice of all claims against the defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 40.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case. The Court retains jurisdiction to enforce the settlement and all prior Orders in the case.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

Date: ___6___ October 2022
Richmond, VA

                                              /s/
                            John A. Gibney, Jr.
                            Senior United States District Judge